

Francelina M. Perdomo, LL.M., Doctorate.
Licensed in New York, the United States District Courts
For the Southern and Eastern Districts of New York
and the Dominican Republic
Main: +1-212-274-1261
fperdomo@chintaperdomo.com

March 18, 2019

<u>Via Electronic Case Filing</u>
Honorable Justice Alison J. Nathan
United States District Judge for the
Southern District of New York
40 Foley Square, Room 906
New York, NY 10007

Re:     <u>Wiseman v. Goldner et al.  Case No. 1:19-cv-01282(AJN)</u>

Dear Judge Nathan:

Our firm represents plaintiff Jason Wiseman in the above-referenced action. We submit this letter to respectfully request for the first time an adjournment of the initial pre-trial conference scheduled for June 28, 2019 at 3:00 p.m.

After consulting with defendants' counsel, the parties mutually consent and are jointly proposing the following alternative dates: (i) Friday, June 21, 2019; (ii) Friday, July 19, 2019; and (iii) Friday, July 26, 2019.

Thank you for your consideration.

Respectfully submitted,

CHINTA, PERDOMO, BERKS & FRATANGELO LLP

Francelina M. Perdomo

Page 2

cc: Kevin Kehrli
    Via Email: kk@gs2law.com