UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON WISEMAN, d/b/a JASON ANARCHY
GAMES, WISEMAN INNOVATION

                Plaintiff,                Case No. 1:19-cv-01282-AJN

  v.                                     **NOTICE OF**
                                       **MOTION TO DISMISS**

Marc Goldner, individually and as officer of
GOLDEN BELL ENTERTAINMENT LLC
and GOLDEN BELL STUDIOS, LLC, and
GOLDEN BELL ENTERTAINMENT LLC
and GOLDEN BELL STUDIOS, LLC

                Defendants.
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that with the accompanying Memoranda of Law in Support and upon all pleadings and exhibits annexed thereto in the above-captioned lawsuit, Defendants Marc Goldner, individually and as officer of Golden Bell Entertainment LLC and Golden Bell Studios, LLC, and Golden Bell Studios, LLC by and through their undersigned counsel, shall move this Court, before the Honorable Alison J. Nathan, United States District Court, 40 Foley Square, New York, New York, 10007, for an order granting Defendant's Motion to Dismiss Plaintiff Jason Wiseman's Amended Complaint pursuant to 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
        April 29, 2019

                                            Respectfully Submitted,

                                            Garson, Ségal, Steinmetz, Fladgate LLP

                                            By:_____/s/_____
                                                Kevin Kehrli (KK1536)
                                                Andrea Terese Timpone (AT5628)
                                                164 West 25th Street, Suite 11R
                                                New York, New York 10001
                                                Tel: (212) 380-3623
                                                Fax: (347) 537-4540
                                                kk@gs2law.com
                                                at@gs2law.com
                                                *Attorneys for Defendants*