UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jason Wiseman,

        Plaintiff,

—v—

Marc Goldner, et al.,

        Defendants.

JAN 1 7 2020

19-cv-1282 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A post-discovery conference is currently scheduled for January 24, 2020 in related cases *Wiseman v. Goldner, et al.*, No. 19-cv-1282, and *Chiykowski v. Goldner, et al.*, No. 19-cv-2272. In light of the parties' representations in *Wiseman v. Goldner, et al.* that they have agreed to the terms of a settlement, *see* No. 19-cv-1282, Dkt. No. 54, as well as their representations in *Chiykowski v. Goldner, et al.* that they are actively engaged in settlement discussions, *see* No. 19-cv-2272, Dkt. No. 43, the conference scheduled for January 24, 2020 is hereby adjourned *sine die*. On or before January 24, 2020, the parties shall file a joint letter updating the Court regarding the status of settlement discussions in both cases.

SO ORDERED.

Dated: January __16__, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge